THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SOCIETY OF THE FREE CHURCH OF ST. MARY THE VIRGIN, Respondent, *v.* THOMAS L. FEITNER et al., Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Society of Free Church of St. Mary* v. *Feitner,* 63 App. Div. 613, modified. (Submitted November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9,

1901, which reversed an order of Special Term confirming an assessment for taxation on the relator's real property for the year 1900, and canceled such assessment.

*John Whalen, Corporation Counsel* (*James M. Ward* and *Andrew T. Campbell, Jr.*, of counsel), for appellants.

*C. N. Bovee, Jr.*, for respondent,

Order modified upon and as stated in the opinion in *People ex rel. Society of Free Church of St. Mary* v. *Feitner* (168 N. Y. 494), and as thus modified affirmed, without costs of this appeal to either party.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT MARTIN, VANN and LANDON, JJ.